**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 2 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HECTOR NEPTALY MILLA-PEREZ, | No. 14-71020 |
| Petitioner, | Agency No. A098-044-613 |
| v. | MEMORANDUM* |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2016**

Before:    REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

Hector Neptaly Milla-Perez, a native and citizen of Honduras, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen removal proceedings.   We have jurisdiction under 8 U.S.C. § 1252.   We

review for abuse of discretion the BIA's denial of a motion to reopen.   *Bhasin v.*

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

*Gonzales*, 423 F.3d 977, 983 (9th Cir. 2005). We grant the petition for review and we remand.

The BIA abused its discretion in denying Milla-Perez's motion to reopen because it discredited the testimony in his supporting declaration. *See id.* at 986-87 ("We have long held that credibility determinations on motions to reopen are inappropriate. Indeed, facts presented in affidavits supporting a motion to reopen must be accepted as true unless inherently unbelievable.") (citation omitted). Thus, the BIA abused its discretion in denying Milla-Perez's motion to reopen. *See id*. at 989. We grant the petition for review and remand for further proceedings consistent with this disposition. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**